In re    David LAUGHLIN                                    ,    Case No. __04 40724 H1 13__
                        Debtor

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - <u>AMENDED</u>

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Expense | Amount |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 186.00 |
| Are real estate taxes included?    Yes_____    No __X__ | |
| Is property insurance included?    Yes_____    No __X__ | |
| Utilities: Electricity and heating fuel | $ 110.00 |
|     Water and sewer | $ 0.00 |
|     Telephone | $ 75.00 |
|     Other____CABLE____ | $ 44.00 |
| Home maintenance (repairs and upkeep) | $ 0.00 |
| Food | $ 200.00 |
| Clothing | $ 0.00 |
| Laundry and dry cleaning | $ 50.00 |
| Medical and dental expenses | $ 0.00 |
| Transportation (not including car payments) | $ 0.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ 88.00 |
|     Life | $ 0.00 |
|     Health | $ 100.00 |
|     Auto | $ 219.00 |
|     Other_____ | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
|     (Specify)____PROPERTY TAXES____ | $ 200.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
|     Auto | $ 0.00 |
|     Other____LOT RENTAL____ | $ 195.00 |
|     Other____DENTAL INS____ | $ 35.00 |
|     Other_____ | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other_____ | $ 0.00 |
| Other_____ | $ 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$ 1,502.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $ 2,111.42 |
| B. Total projected monthly expenses | $ 1,502.00 |
| C. Excess income (A minus B) | $ 609.42 |
| D. Total amount to be paid into plan each ___Monthly___ | $ 605.00 |
|     (interval) | |