IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 04-40724 |
| **David Laughlin** | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

### DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS AND REQUEST FOR HEARING

David Laughlin opposes the Trustee's Motion to Dismiss filed on or about 2/12/2009.

Debtor will show the Court that he is current with his payments to the Trustee's office.

Debtor requests a hearing.

Debtor requests that the Trustee's Motion to Dismiss be DENIED.

Respectfully submitted,

THE KEELING LAW FIRM

/s/Kenneth A. Keeling
Kenneth A. Keeling; TBN 11160500
Yolanda Gutierrez; TBN 24041028
3310 Katy Freeway, Suite 200
Houston, Texas 77007
Tel: (713) 686-2222; Fax (713) 579-3059

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all parties electronically or by U.S. First Class Mail on March 5, 2009.

| | | |
|---|---|---|
| United States Trustee | David G. Peake | David Laughlin |
| 515 Rusk, Suite 3516 | 9660 Hillcroft | 7119 Fairview #11 |
| Houston, TX 77002 | Suite 430 | Houston, TX 77041 |
| | Houston, TX 77096 | |

/s/Kenneth A. Keeling
KENNETH A. KEELING