IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:   DAVID LAUGHLIN<br>7119 FAIRVIEW  #11<br>HOUSTON, TX  77041<br>Debtor(s) | CHAPTER 13<br><br>CASE NO. 04-40724-H1 |

## CHAPTER 13 TRUSTEE'S NOTICE OF PLAN COMPLETION
## AND ELIGIBILITY FOR DISCHARGE

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**THE CHAPTER 13 TRUSTEE DAVID G. PEAKE**, represents that the Debtor has attended a meeting of creditors, submitted to an examination under oath and have made all payments to the Chapter 13 Trustee as required by the Order Confirming the Chapter 13 Plan.

Pursuant to 11 U.S.C. §1328(a), the Debtor is eligible for a discharge.  The Trustee respectfully requests that the court enter an order of discharge.

The Trustee's Final Report and Account will be submitted when all payments to creditors on behalf of the Debtor have cleared the account and the accounting is completed.  The Trustee requests the case remain open pending the filing of the Trustee's Final Report and Account.

DATED: July 20, 2009

/s./ David G. Peake
DAVID G. PEAKE, TRUSTEE
ADMISSIONS ID NO. 15679500
9660 HILLCROFT, STE 430
HOUSTON, TX  77096
(713)283-5400

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this CHAPTER 13 TRUSTEE'S NOTICE OF PLAN COMPLETION AND ELIGIBILITY FOR DISCHARGE by regular United States mail, postage prepaid on the Debtor, the Debtor Attorney and the United States Trustee on July 20, 2009.

DAVID LAUGHLIN
7119 FAIRVIEW  #11
HOUSTON, TX  77041

KEELING LAW FIRM
KENNETH A. KEELING ATTORNEY
3310 KATY FREEWAY  STE 200
HOUSTON, TX  77007

Ms. Christine March
Senior Assistant to the U.S. Trustee
515 Rusk, Ste 3516
Houston, TX  77002

/s./ David G. Peake
DAVID G. PEAKE, TRUSTEE