**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:  David Laughlin

**Debtor(s)**

Case No.: 04–40724

Chapter:   13

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. David G Peake is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 1/26/10

MARVIN ISGUR
United States Bankruptcy Judge